Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

July 22, 2004
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>     v. )<br>JEANIA ANDREA DYSON, )<br>          Defendant. ) | CR04 0336P<br>INDICTMENT |

The Grand Jury charges that:

### COUNT 1

### (Escape)

On or about February 12, 2004, at Seattle, within the Western District of Washington, JEANIA ANDREA DYSON did knowingly and voluntarily escape from custody at Pioneer Fellowship House, an institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Washington dated November 26, 2002, upon conviction for the

//
//
//
//

04-CR-00336-INDI

INDICTMENT/DYSON - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

commission of the felony crime of Bank Fraud, in violation of Title 18, United States Code, Section 1344, Cause Number CR02-202P.

All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL:

DATED: 7/22/04

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
SUSAN M. HARRISON
Assistant United States Attorney

_____
SUSAN B. DOHRMANN
Assistant United States Attorney

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970